FERRELL v. RODGERS.

1. Where a writ of *certiorari* has been returned two years, without any proceedings being had, the court will affirm the judgment without examining the reasons.

2. *Semble,* that a constable who has been compelled to pay the debt of defendant, against whom he has executions, may recover the money thus paid, in an action for money paid, laid out, &c.

*Certiorari* to Justice Wilson.

The papers submitted to the court in this case were the justice's return, the reasons filed, and a state of the case endorsed on the return.

Bolton v. Hodgson.

PER CUR.  It appears that this *certiorari* was returnable to September, 1792 ; that the return is actually dated on the first day of that month, and that it has never been prosecuted. We therefore affirm the judgment, with costs, on that ground, without considering the reasons.

[229] If, however, the question which appears by the endorsement alluded to was raised, we see no reason why a constable, who has been compelled to pay the debt of defendant against whom he has executions, may not recover from him the amount thus actually paid, in an action for money paid, laid out, &c., for the use of such defendant. (*a*)

Judgment affirmed.

(*a*) A constable, however, who suffers an execution to sleep in his hands, and then pays the money to the plaintiff without any previous demand of the defendant, and without his request, cannot maintain an action against the defendant for the amount paid to the plaintiff on the execution. *Jones* v. *Wilson*, 3 *Johns.* 434.